**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1486**

ATEIRA ASHLEY,

Plaintiff - Appellant,

v.

JOHNSON C. SMITH UNIVERSITY; QUEEN'S UNIVERSITY OF CHARLOTTE; U.S. DEPARTMENT OF EDUCATION, (OCR); SOUTH COLLEGE ASSOCIATION DEPARTMENT, Schools Commission on Colleges (SAC SCOC); FEDERAL STUDENT AID OMBUDSMAN,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:25-cv-00134-KDB-SCR)

Submitted:  November 20, 2025                    Decided:  November 24, 2025

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ateira Ashley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ateira Ashley appeals the district court's order dismissing, pursuant to 28 U.S.C. § 1915 review, Ashley's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Ashley v. Johnson C. Smith Univ.*, No. 3:25-cv-00134-KDB-SCR (W.D.N.C. Apr. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*